EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

RONALD G. JOHNSON #4532
EDRIC M. CHING #6697
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  edric.ching@usdoj.gov

Attorneys for  Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 16 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00031 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. §2113(a)] |
| GREGG INOSHITA, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about December 20, 2002, in the District of Hawaii, defendant GREGG INOSHITA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Central



Pacific Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury further charges:

On or about January 7, 2003, in the District of Hawaii, defendant GREGG INOSHITA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

//

//

//

//

//

//

//

//

//

//

//

In violation of Title 18, United States Code, Section 2113(a).

DATED: January /6, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

EDRIC M. CHING
Assistant U.S. Attorney